**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000032
17-OCT-2024
08:18 AM
Dkt. 31 OGMD

NO. CAAP-24-0000032

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CASEY T. NISHIMURA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1FFC-17-0001353)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Defendant-Appellant Casey T. Nishimura's (Nishimura) August 28, 2024 Motion Dismiss Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Nishimura seeks to dismiss the appeal; and (3) attached to the motion is Nishimura's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under HRAP Rule 42(b)-(c).

DATED: Honolulu, Hawaiʻi, October 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge